# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 21-3332

———————————————

United States of America

*Plaintiff - Appellee*

v.

Joshua Del Chandler

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

——————————

Submitted: March 8, 2022
Filed: March 11, 2022
[Unpublished]

——————————

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Joshua Chandler appeals the sentence imposed by the district court[1] after he pleaded guilty to a child pornography offense. His counsel has moved for leave to

———————————

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.  Chandler has filed a pro se brief, in which he argues that the sentence should have been shorter based on several factors.

Upon careful review, we conclude that the district court properly considered the relevant factors, and did not err in imposing a sentence within the Guidelines range.  <u>See</u> <u>United States v. Ruiz-Salazar</u>, 785 F.3d 1270, 1273 (8th Cir. 2015) (per curiam); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); <u>United States v. Lincoln</u>, 413 F.3d 716, 717 (8th Cir. 2005).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.  The judgment is affirmed, and counsel's motion to withdraw is granted.

_____